STATE OF MAINE                                          SUPERIOR COURT
                                                         CIVIL ACTION
YORK, ss.                                           DOCKET NO. AP-04-042

PORTLAND AVENUE ASSOCIATES,

                Plaintiff

        v.                                               ORDER

                                                    DONALD L. GARBRECHT
                                                        LAW LIBRARY
TOWN OF OLD ORCHARD BEACH,

                Defendant                              SEP 8 2004

        Following hearing, the Plaintiff's Motion for a Temporary Restraining Order is

Denied. Plaintiff has failed to establish a likelihood of success on the merits because the

Rule 80B appeal of the Town's action on Plaintiff's application for a liquor license was

untimely. *Woodward v. Town of Newfield*, 634 A.2d 1315 (Me. 1993). Further, the Plaintiff

has failed to establish that the balance of harms tips in its favor. The Town Council had

before it a substantial body of evidence suggesting that at least some aspects of

Plaintiff's business related to outside sale of alcoholic beverages was disruptive to

neighboring property owners. On the current state of the record, the harm to the

tranquility of the neighborhood if a restraining order is granted appears to outweigh

the harm to the Plaintiff's business enterprise.

Dated:      June 25, 2004

Durward W. Parkinson, Esq. - PL
Patrick J. Scully, Esq. - DEF.

                                            G. Arthur Brennan
                                            Justice, Superior Court